AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TEXAS PRECIOUS METALS, LLC <br><br> *Plaintiff(s)* <br> v. <br> VALAURUM, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*　Valaurum, Inc.
　　　　　　　　　　　　　　　　　　1355 NW Everett St., Suite 100
　　　　　　　　　　　　　　　　　　Portland, Oregon 97209

　　　　　　　　　　　　　　　　　　OREGON REGISTERED AGENT LLC
　　　　　　　　　　　　　　　　　　5441 S MACADAM AVE, SUITE A
　　　　　　　　　　　　　　　　　　PORTLAND, OR 97239

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Michael E. Zeliger
　　　　　　　　　　　　　　　　　　　　Steven Tepera
　　　　　　　　　　　　　　　　　　　　Jon Jekel
　　　　　　　　　　　　　　　　　　　　Ryan Sullivan
　　　　　　　　　　　　　　　　　　　　401 West 4th Street, Suite 3200
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*