# AFFIDAVIT OF SERVICE

| Case:<br>3:26-cv-00157-SI | Court:<br>United States District Court District of Oregon | County:<br>Multnomah County, Oregon | Job:<br>15076059 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Texas Precious Metals, LLC | | Defendant / Respondent:<br>Valarum, Inc. | |
| Received by:<br>Hart 2 Hart Investigations & Legal Support | | For:<br>Pro-Lit Solutions | |
| To be served upon:<br>OREGON REGISTERED AGENT LLC | | | |

I, Harrison Poff, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Kay F, Secretary<br>5441 South Macadam Avenue Ste A, Portland, OR 97239 |
| Manner of Service: | Registered Agent, Jan 29, 2026, 1:27 pm PST |
| Documents: | SUMMONS IN A CIVIL ACTION , COMPLAINT FOR: (1) Registered Trademark Infringement, 15 U.S.C. 1114; (2) Trademark Counterfeiting, 15 U.S.C. §§ 1116(d), 1117(b); (3) Unregistered Trademark Infringement / False Association, 15 U.S.C. § 1125(a)(1)(A); (4) Common Law Trademark Infringement and Unfair Competition; (5) Secondary Trademark Infringement (6) Breach of Contract; and (7) Breach of the Implied Duty of Good Faith and Fair Dealing, Exhibits |

**Additional Comments:**
1) Successful Attempt: Jan 29, 2026, 1:27 pm PST at 5441 South Macadam Avenue, Ste A, Portland, OR 97239
Received by Kay F, Secretary
Age: 34; Ethnicity: Caucasian; Gender: Female; Weight: 220; Height: 5'6"; Hair: Brown

***REGISTERED AGENT***
I executed service upon the listed *REGISTERED AGENT* by delivering a true copy of the legal documents to the listed address, date, and time as stated.

I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

_____           01/29/2026
Harrison Poff                      **Date**

Hart 2 Hart Investigations & Legal Support
8800 SE Sunnyside Rd Ste. 112-N
Clackamas, OR 97015
5039080510